Argued and submitted March 26, reversed and remanded in part, otherwise affirmed April 11, 1984

In the Matter of the Deficiency
Assessment of:

LONGBRANCH WATER HOLE,
*Petitioner,*

*v.*

EMPLOYMENT DIVISION,
*Respondent.*

(83-T-27; CA A29439)

679 P2d 350

Leigh E. Schwarz, Portland, argued the cause for petitioner. With him on the brief was Richard G. Helzer, Portland.

Philip Schradle, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Gillette, Presiding Judge, Joseph, Chief Judge, and Van Hoomissen, Judge.

PER CURIAM

**PER CURIAM**

Petitioner seeks judicial review of a referee's decision upholding an unemployment compensation tax deficiency assessment. We have examined petitioner's claims concerning the various dancers whose wages are at issue here. As explained in *The Ponderosa Inn, Inc. v. Emp. Div.,* 63 Or App 183, 663 P2d 1291 (1983), however, we shall not detail the facts here. We hold that, under the Division's own findings, petitioner has established, as a matter of law, that the assessment for the wages of the dancer known as "Beth" was improper. It is reversed. In all other respects, the referee's order is affirmed.

Deficiency assessment reversed as to wages of "Beth," and remanded for recalculation of deficiency; assessment otherwise affirmed.